UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH JACKSON,

    Plaintiff,

v.                                  CASE NO. 8:13-CV-2193-T-17EAJ

ADOGABLE, LLC,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 32    Unopposed Motion For Leave to Withdraw as Counsel of Record
Dkt. 37    Unopposed Motion for Extension of Time to Respond

    Counsel for Defendants Adogable, LLC and Laura Rubin has moved to withdraw, and request a stay of sixty days to permit Defendants to retain successor counsel.

    This case was filed on 8/26/2013, and a case management order was entered on 11/15/2013. (Dkt. 20). After reassignment to another Magistrate Judge, an amended case management order was entered. (Dkt. 31). Counsel for Defendants moved to withdraw after the close of discovery. Plaintiff filed a Motion for Partial Summary Judgment on 8/7/2014.

    The Court notifies Defendants that an individual defendant may represent herself. Corporations and other business entities must be represented by counsel admitted to practice in the Middle District of Florida. See Local Rule 2.03(e). The facts of this case do not appear to be complex, and the case management deadlines have been in place since November, 2013. A stay of sixty days will prejudice the Court,

Case No. 8:13-CV-2193-T-17EAJ

and Plaintiff Jackson.   The Court is not going to change the scheduled pretrial conference and trial date.  It is expected that most "Track Two" cases will proceed to trial within one year of the filing of the complaint, and must proceed to trial within two years.

After consideration, the Motion for Leave to Withdraw as Counsel is **granted**. Defendants' request for a stay is **granted in part**.   Counsel for Defendants Adogable, LLC and Rubin **shall file** a Notice of Appearance and a response to the pending Motion for Partial Summary Judgment by **September 19, 2014.  If no Notice of Appearance has been filed as to Defendant Adogable, LLC, by that date, Defendant Adogable, LLC's Answer will be stricken.   If no Notice of Appearance has been filed by that date as to Defendant Rubin, Defendant Rubin will be deemed to represent herself. Accordingly, it is**

**ORDERED** that Defendants' Unopposed Motion for Leave to Withdraw as Counsel is **granted**.  Defendants' request for a stay is **granted in part**.  Defendants' Motion for Extension of Time is **granted in part**.  Counsel for Defendants **shall file a Notice of Appearance and a response to the pending Motion for Partial Summary Judgment by September 19, 2014.  All other pretrial deadlines remain as scheduled;** it is further

**ORDERED** that Gregory A. Hearing, Esq., Benjamin W. Bard, Esq. and the law firm of Thompson, Sizemore, Gonzalez and Hearing, P.A., **are authorized** to withdraw as counsel, and **are relieved of any and all further obligations on behalf of Defendants, except that Counsel shall provide a copy of this Order to Defendants**; it is further

2

Case No. 8:13-CV-2193-T-17EAJ

**ORDERED** that the Clerk of Court shall enter the following address on the docket for service of this Order and all future documents in this case:

>   Laura Rubin
>   4884 Sun City Center Blvd.
>   Sun City Center, Florida 33573

The Clerk of Court shall mail a copy of this Order to Defendant Rubin at the above address.  It is further

**ORDERED** that all future pleadings, motions, discovery, and any and all other communications concerning this matter shall be sent to Laura Rubin at the above address, and Defendant Laura Rubin **shall provide a contact phone number and e-mail address to the Court within fourteen days.**

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 22nd day of August, 2014.

*[signature]*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record